# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARTIN UNUSYAN, an individual, | Case No. 2:16-cv-02007-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO REMAND** |
| GEICO CASUALTY COMPANY, a foreign corporation; DOES I through XV, and ROE Corporations I through X, inclusive, | (ECF No. 9) |
| Defendants. | |

Plaintiff Martin Unusyan filed a motion to remand this case to the state court. ECF No. 9. Defendant Geico filed an opposition. ECF No. 10. Geico's removal papers and opposition lay out the factual bases for this court's exercise of diversity jurisdiction over this matter. Geico's removal of the case was proper.

IT IS THEREFORE ORDERED that the plaintiff's Motion to Remand **(ECF No. 9) is DENIED.**

DATED this 10th day of January, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE