# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARTIN UNUSYAN,

        Plaintiff,

vs.

GEICO CASUALTY COMPANY,

        Defendants.

2:16-cv-02007-APG-VCF

**MINUTE ORDER**

    Before the Court is the Emergency Motion to Compel Discovery, Extend Discovery and Request for Sanctions (ECF No. 17).

    IT IS HEREBY ORDERED that any opposition to the Emergency Motion to Compel Discovery, Extend Discovery and Request for Sanctions (ECF No. 17) must be filed on or before February 23, 2017. Any reply in support of the Emergency Motion to Compel Discovery, Extend Discovery and Request for Sanctions (ECF No. 17) must be filed on or before March 2, 2017.

    IT IS FURTHER ORDERED that a hearing on the Emergency Motion to Compel Discovery, Extend Discovery and Request for Sanctions (ECF No. 17) must be filed on or before 10:00 AM, March 6, 2017, in Courtroom 3D.

    DATED this 16th day of February, 2017.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE